JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>JESSICA LONDON, INC., an Indiana Corporation; FULLBEAUTY BRANDS, OPERATIONS, LLC, an Indiana Limited Liability Company; FULLBEAUTY BRANDS, INC., a Delaware Corporation; and DOES 1-10, inclusive, and DOES 1-10, inclusive,<br><br>                Defendants. | Case No: CV 20-8624-GW-JCx<br><br>**ORDER RE STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Hon. George H. Wu** |

1  The Court, having reviewed the Stipulation to Dismissal with Prejudice filed by Plaintiff Deckers Outdoor Corporation ("Plaintiff") and Defendants Jessica London, Inc., FullBeauty Brands Operations, LLC, and FullBeauty Brands, Inc. (collectively, "Defendants") and having found good cause to exist, **IT IS HEREBY ORDERED** that:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above captioned action is dismissed **with prejudice**. The parties shall each bear its own attorneys' fees and costs incurred in connection with this Action.

**IT IS SO ORDERED.**

Dated: January 10, 2022

_____
Honorable George H. Wu
**United States District Judge**